DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARNETT COGHIEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1489

[May 30, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502007CF009769.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, and Garnett D. Coghiel, Century, pro se, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***